IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR AND THERESA MARTINEZ, as
personal representatives of minor son
DARRELL MARTINEZ,

      Plaintiffs,

vs.                                         Civ. No. 99-161 WWD/RLP

CHAMA VALLEY SCHOOLS, NEW MEXICO
PEST CONTROL, and VAN WATERS AND
ROGERS, INC.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter came before the Court for a Rule 16 conference with counsel who were present telephonically or in person. In Judge Puglisi's absence, I conducted the conference. Plaintiffs sought an extension of time in which to provide the identity of their experts and reports from them. Judge Puglisi had granted a prior request for such an extension. After hearing the presentations of counsel, I concluded that in the circumstances presented such an extension was not warranted.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiffs' oral motion for an extension of time in which to disclose experts and to provide reports from those experts be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE